# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NICKOLAS K. CLAYTON, | ) |
| Plaintiff, | ) ) ) |
| | ) Case No. 3:24-cv-02306-JPG |
| vs. | ) ) |
| | ) Judge J. Phil Gilbert |
| GTI-CLINIC ILLINOIS HOLDINGS, LLC d/b/a GREEN THUMB INDUSTRIES, | ) ) |
| | ) |
| Defendant. | ) |

## DISMISSAL ORDER

Having been advised by the Parties that the above action has been settled but that additional time is needed to consummate the settlement, the Court **DIRECTS** the Clerk of Court to enter judgment of dismissal with prejudice and without costs on May 23, 2025. Should the Parties fail to consummate settlement by May 23, 2025, they may petition the Court to delay entry of judgment until a later date. In light of the settlement, the Court **DENIES** all motions pending in this case **as moot** and **VACATES** all court dates in this case.

Dated: 4/24/2025

s/J. Phil Gilbert
U.S. District Judge