IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

NICKOLAS K. CLAYTON,

        Plaintiff,

v.

GTI-CLINIC ILLINOIS HOLDINGS, LLC,

        Defendant.

Case No. 24-cv-2306 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 5/27/2025**            **MONICA A. STUMP, Clerk of Court**

                                                          **s/ Tina Gray, Deputy Clerk**


**Approved:**    *s/J. Phil Gilbert*
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**